UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **DAVID A. DOMINGUEZ,** | ) |
| Petitioner, | ) Case No. CV 02-6650 AHM (AJW) |
| v. | ) |
| **DERRAL G. ADAMS, WARDEN,** | ) ORDER ACCEPTING REPORT AND<br>) RECOMMENDATION OF<br>) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections which were to the denial of his request for leave to amend. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: July 30, 2012

_____
A. Howard Matz
United States District Judge