JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID A. DOMINGUEZ, | Case No. CV 02-6650-AHM(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: July 30, 2012

_____
A. Howard Matz
United States District Judge

JS - 6