UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID A. DOMINGUEZ, | ) |
| | ) |
| Petitioner, | ) Case No. CV 02-6650-AHM(AJW) |
| | ) |
| v. | ) |
| | ) |
| RON RACKLEY, WARDEN, | ) JUDGMENT |
| | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: 03/22/2016

_____
George H. King
United States District Judge